RECEIVED

SEP 02 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JOE LOUIS CHAMPION | CIVIL ACTION NO. 09-1655 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| UNITED STATES OF AMERICA, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT AND ORDER

Before the court is the report and recommendation of the magistrate judge[1] as to the motion to dismiss and for summary judgment filed by defendants[2] and the motion for summary judgment filed by plaintiff[3] in the above captioned case.

The court has reviewed the record in this case, including the objections filed by the parties and finds that, as pointed out by defendants, the report and recommendation issued by the magistrate judge includes the erroneous factual statement that the prison guard at issue in this case left his post to watch television.[4] Based on the nature of this activity, the magistrate judge recommends that defendants' motion to dismiss plaintiff's failure to protect claims on the basis of discretionary function exception to the Federal Tort Claims Act be denied. Given the relationship between the magistrate judge's recommended disposition and the erroneous factual statement, it is hereby

---

[1] R. 18.

[2] R. 10.

[3] R. 15.

[4] R. 19 at ¶ 2.

1

**ORDERED** that defendants' motion to dismiss as to plaintiff's failure to protect claims and all associated objections are **REFERRED** to the magistrate judge for further review and issuance of supplemental report and recommendations as may be necessary.

The magistrate judge's report and recommendation also recommends that defendants' motion to dismiss be granted as to all claims against U.S. Attorney General Eric Holder on the basis that Holder was improperly named in this action under the Federal Tort Claims Act. Having reviewed the entire record in this case, including objections filed by the parties, we find this recommendation correct under applicable law and, therefore, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that all claims by plaintiff against defendant U.S. Attorney General Eric Holder in the above captioned case are **DISMISSED** with prejudice.

The magistrate judge's report and recommendation also recommends that defendants' motion for summary judgment as to plaintiff's medical care claims be granted on the basis that plaintiff has failed to demonstrate that the medical care he received after being assaulted by a fellow inmate was "unreasonable" in light of his injuries. Having reviewed the record in full, including objections filed by plaintiff, and finding that dismissal is appropriate under applicable law, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that defendants' motion for summary judgment as to plaintiff's medical care claims is **GRANTED** and, accordingly, plaintiff's medical care claims are **DISMISSED** with prejudice.

In consideration of these findings, we also concur with the magistrate judge's recommendation concerning plaintiff's motion for summary judgment and, thus, it is hereby **DENIED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 2nd day of

~~August~~ September, 2010.

_____
**JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE**